Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
ROBERT JESS CORREA, SR.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ROBERT JESS CORREA, SR., <br><br> Plaintiff, <br><br> v. <br><br> WIN-WIN ALSSI, INC., a California corporation, D/B/A ALSSI, INC., D/B/A U.S. PHOTOCOPY SERVICE, INC.; KRIS W. VORSATZ, individually and in his official capacity; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 5:16-CV-06905-LHK <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT, WIN-WIN ALSSI, INC.** |

COMES NOW Plaintiff, ROBERT JESS CORREA, SR., by and through his counsel Fred W. Schwinn, Raeon R. Roulston, and Matthew C. Salmonsen of Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies the Court that Plaintiff, ROBERT JESS CORREA, SR., hereby dismisses, with prejudice, all claims made in this case against Defendant, WIN-WIN ALSSI, INC.  Plaintiff further notifies the Court that his dispute with Defendant has been settled.

oo0oo

| | |
|---|---|
| | CONSUMER LAW CENTER, INC. |
| Dated: April 19, 2017 | By: /s/ Raeon R. Roulston<br>Fred W. Schwinn (SBN 225575)<br>Raeon R. Roulston  (SBN 255622)<br>Matthew C. Salmonsen (SBN 302854)<br>CONSUMER LAW CENTER, INC.<br>12 South First Street, Suite 1014<br>San Jose, California  95113-2418<br>Telephone Number: (408) 294-6100<br>Facsimile Number: (408) 294-6190<br>Email Address: fred.schwinn@sjconsumerlaw.com<br><br>Attorneys for Plaintiff<br>ROBERT JESS CORREA, SR. |